IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 3:20-mj-00255-SI-1 |
|---|---|
| v. | |
| Nicholas Kloiber | ORDER TO MODIFY CONDITIONS OF RELEASE |

**IT IS ORDERED THAT the conditions of release be modified as follows:**

**Ordering the REMOVAL of following the conditions:**

Defendant shall not attend protests, assemblies, demonstrations or public gatherings in the state of Oregon.

Do not enter within a five-block radius of the U.S. Courthouse at 1000 SW 3rd Ave, Portland, OR 97204, unless on official court business.

**And REPLACE with the noted condition:**

The defendant shall not be present between 10 pm and 6 am within the five blocks surrounding the federal courthouse in Portland, Oregon, defined as SW Washington Street to the north, the Willamette River on the east, SW Market Street to the south and SW Park Avenue to the west.

IT IS SO ORDERED THIS __31__ day of __July__, 2020.

_____
The Honorable Jolie A. Russo
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**