# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20- cr-00255-SI |
| v. | ORDER DISMISSING INFORMATION WITH PREJUDICE |
| NICHOLAS KLOIBER, | |
| Defendant. | Rule 48(a) Fed. R. Crim. P. |

This matter, having come before the Court on the government's motion to dismiss the information with prejudice pursuant to Rule 48(a), Fed. R. Crim. P. and the Court being fully advised;

IT IS HEREBY ORDERED that the information against Defendant, Nicholas Kloiber, in the above-captioned case be DISMISSED with prejudice.

Dated:  February __17th__, 2021.

                                                   _/s/ Michael H. Simon_
                                                 HONORABLE MICHAEL H. SIMON
                                                 United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

s/ *Pamela S. Paaso*
PAMELA PAASO
Assistant United States Attorney